UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

MICHAEL JAMES,

       Petitioner,

  - against -

SUPERINTENDENT LUIS R. MARSHALL,

       Respondent.

---------------------------------------------------------- X

**ORDER**

CV-05-1992 (BMC)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 31 2007 ★
BROOKLYN OFFICE

**COGAN**, District Judge.

  The Court has reviewed the Report and Recommendation of Magistrate Judge Go entered September 28, 2007 [docket 21]. No objections have been filed. The Court adopts the Report and Recommendations and dismisses the petition for the reasons set forth therein and ORDERS that the petition is dismissed and that no certificate of appealability will issue.

**SO ORDERED.**

/Signed by Judge Brian M. Cogan/

_____

U.S.D.J.

Dated: Brooklyn, New York
   October 31, 2007

1